UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SANGO, #252200,

    Plaintiff,

v.

UNKNOWN BURNS, et al.,

    Defendants.

Case No. 1:15-CV-356

Hon. Gordon J. Quist

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 10, 2016, which recommends that the Court deny Plaintiff's motion for a temporary restraining order. The Report and Recommendation was duly served on Plaintiff on February 11, 2016. No objections have been filed pursuant to 28 U.S.C. § 636. Therefore,

**IT IS HEREBY ORDERED** that Report and Recommendation issued on February 10, 2016 (ECF No. 82) is **ADOPTED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Temporary Restraining Order (ECF No. 15) is **DENIED**.

Dated: March 21, 2016

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE