UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,                          Case No. 1:15-CV-356

v.                                            Hon. Gordon J. Quist

UNKNOWN BURNS, et al.,

       Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Ellen Carmody's June 27, 2017, Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment and dismiss the case in its entirety based on Plaintiff's lack of exhaustion. The Report and Recommendation was duly served on Plaintiff on June 27, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 27, 2017 (ECF No. 117), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 102) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1]

Dated: July 27, 2017                                      /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation was returned as Plaintiff failed to leave a forwarding address. (ECF No. 118.) Such failure is itself a violation of W.D. Mich. LCivR 41.1, justifying a dismissal for failure to prosecute the case.